IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sample, Robert

Printed: 4/22/08

Case Number:  06 B 15114
Judge:  Wedoff, Eugene R

Filed:  11/17/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  March 6, 2008
Confirmed:  February 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,330.00 |  |
| Secured: |  | 6,698.71 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,129.00 |
| Trustee Fee: |  | 502.29 |
| Other Funds: |  | 0.00 |
| Totals: | 9,330.00 | 9,330.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,129.00 | 2,129.00 |
| 2. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 4. | Great Bank | Secured | 725.20 | 725.20 |
| 5. | American General Finance | Secured | 8,000.00 | 5,973.51 |
| 6. | Barclays Capital Real Estate | Secured | 23,569.40 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 833.72 | 0.00 |
| 8. | B-Line LLC | Unsecured | 7,240.22 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 1,455.09 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 6,968.11 | 0.00 |
| 11. | American General Finance | Unsecured | 1,771.72 | 0.00 |
| 12. | Beneficial Illinois Inc | Secured |  | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 14. | Citibank USA | Unsecured |  | No Claim Filed |
| 15. | Chase | Unsecured |  | No Claim Filed |
| 16. | American Express | Unsecured |  | No Claim Filed |
| 17. | Sams Club | Unsecured |  | No Claim Filed |
| 18. | Bp Oil/Citibank | Unsecured |  | No Claim Filed |
| 19. | CB USA Sears | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 52,692.46 | $ 8,827.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 12.24 |
| 5.4% | 490.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sample, Robert | Case Number:  06 B 15114 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  11/17/06 |

$$\overline{\phantom{xxxxxxxxxx}}$$
$ 502.29

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

